IT IS SO ORDERED.

_s/Pamela A. Barker_
**PAMELA A. BARKER,**
**U.S. DISTRICT JUDGE**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| NAKESHEA STEELE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:21-cv-00530 |
| ) | |
| TEMPCRAFT CORPORATION and ) | Judge Pamela A. Barker |
| DAWN TURK, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL

Under Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Nakeshea Steele and Defendants Tempcraft Corporation and Dawn Turk stipulate to dismissal with prejudice of all claims asserted in the Complaint (ECF No. 1-1), without an award of costs or attorneys' fees to any party.

| THE SPITZ LAW FIRM, LLC | BABST, CALLAND, CLEMENTS and ZOMNIR, P.C. |
|---|---|
| /s/ *Angela Rodriguez* | /s/ *Molly E. Meacham* |
| Angela Rodriguez (74432) | Molly E. Meacham (99791) |
| angela.rodriguez@spitzlawfirm.com | mmeacham@babstcalland.com |
| Brian D. Spitz (68816) | Brian D. Lipkin (100463) |
| brian.spitz@spitzlawfirm.com | blipkin@babstcalland.com |
| | |
| 25200 Chagrin Boulevard, Suite 200 | Two Gateway Center, 6th Floor |
| Beachwood, Oh 44122 | Pittsburgh, PA 15222 |
| (216) 291-4744 | (412) 394-5400 |
| | |
| Counsel for Plaintiff | Counsel for Defendants |